DGB

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-377

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| FELICIA MOORE JONES | ) | |

The United States Attorney charges as follows:

From in or about January 2018 to in or about December 2020, in the Eastern District of North Carolina and elsewhere, the Defendant, FELICIA MOORE JONES, and L.W. did knowingly combine, conspire, confederate, and agree, and have a tacit understanding with each other, to commit offenses against the United States: that is to knowingly and willfully execute and attempt to execute a scheme and artifice to defraud North Carolina Medicaid, a health care benefit program as that term is defined in Title 18 United States Code, Section 24(b), by trafficking in North Carolina Medicaid beneficiary personal identifying information (PII) for the purpose of submitting claims for mental health services never rendered; and to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by and under the custody and control of North Carolina Medicaid, in connection with the delivery and payment of health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347.

All in violation of Title 18, United States Code, Section 1349.

                          MICHAEL F. EASLEY, JR.
                          United States Attorney

                          _____
                          BY: DAVID G. BERAKA
                          Assistant United States Attorney

2

Case 5:23-cr-00377-BO   Document 1   Filed 12/11/23   Page 2 of 2